Mark Anthony Ortega
152 Bedingfeld Dr
San Antonio, TX 78231



San Antonio P&DC 782XX ZIP
WED 11 FEB 2026 PM

SA26CA1295  MJ-RBF

U.S. District Clerk's office
262 West Nueva St Rm 1-400
San Antonio, TX 78207

RECEIVED
FEB 13 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

SA26CA1295

